NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARIANNE GEORGE HENIEN GIRGIS,<br><br>    Plaintiff,<br><br>    v.<br><br>KIKA SCOTT, ET AL.,<br><br>    Defendant. | Case No. 8:25-cv-00795-FWS-KES<br><br>**ORDER RE JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [12]**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

///
///
///

1  Having reviewed and considered the Joint Stipulation to Stay Case Pending
2  Adjudication of Application [12] ("Stipulation"), the files and records of the case, the
3  applicable law, and for the good cause demonstrated in the Stipulation, the court
4  **GRANTS** the Stipulation and **ORDERS** the following:

6  1. The above-captioned case is **STAYED** from the date of this Order until
7  **February 13, 2026**; and
8  2. If this action has not been dismissed on or before February 13, 2026**,** the
9  parties shall file a joint status report with the court on or before **February**
10 **20, 2026**.

12 **IT IS SO ORDERED**.

15 Dated:  May 23, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE